02-12-364-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00364-CV

 

 


 
 
 Sanford, Baumeister & Frazier, PLLC
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Kevin L. Grubbs and Kevin L. Grubbs, PC
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE 17th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Joint Motion To Dismiss All Claims.”  It is the
court’s opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
GABRIEL,
J.; LIVINGSTON, C.J.; and GARDNER, J.  

 

DELIVERED: 
February 28, 2013  








 









[1]See Tex. R. App. P. 47.4.